IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, Individually and as the Father of JORDAN EDWARDS, and on BEHALF OF MINORS, V.A. and K.E., And as Representative of the Estate of JORDAN EDWARDS, Deceased,     Plaintiff, | § § § § § § § | |
| v. | § § § | CAUSE NO. 3:17-CV-01208-M |
| SHAUNKEYIA KEYON STEPHENS, and RHONDA WASHINGTON,     Intervenor Plaintiffs, | § § § § | CHIEF JUDGE BARBARA M. G. LYNN |
| v. | § § | JURY DEMANDED |
| ROY OLIVER AND THE CITY OF BALCH SPRINGS, TEXAS,     Defendants. | § § § § | |
| v. | § § | |
| CHARMAINE EDWARDS     Intervenor Defendant. | § § | |

**DEFENDANT'S, OFFICER ROY D. OLIVER, NOTICE OF INITIAL DISCLOSURES**

Defendant Officer Roy D. Oliver respectfully notifies the Court that, on October 24, 2018, he made his Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1).

    Respectfully submitted,

    **MCKAMIE KRUEGER, L.L.P.**

    ___/s **Benjamin J Gibbs**_____

    **WILLIAM W. KRUEGER, III**
    State Bar No. 11740530
    Lead Counsel
    **BENJAMIN J. GIBBS**

        State Bar No. 24094421
        2097 N. Collins Blvd., Suite 150
        Richardson, Texas 75080
        214-253-2600
        214-253-2626—Facsimile
        **ATTORNEYS FOR WYLIE DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that *Defendant's, Roy D. Oliver, Notice of Initial Disclosures* was served on all counsel of record in compliance with the Federal Rules of Civil Procedure, by ECF filing on the 26th day of October, 2018.

        __/s Benjamin J. Gibbs____
        **BENJAMIN J. GIBBS**