IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, Individually and | § | |
| as Representative of the Estate of | § | |
| Jordan Edwards, Deceased, | § | |
| VIDAL ALLEN and KEVON EDWARDS, | § | |
| Plaintiffs, | § | |
| | § | No. 3:17-cv-01208-M-BT |
| SHAUNKEYIA KEYON STEPHENS, | § | |
| RHONDA WASHINGTON, | § | |
| MAXWELL EVERETTE, and | § | |
| MAXIMUS EVERETTE, | § | |
| Intervenor-Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| ROY OLIVER and THE CITY OF | § | |
| BALCH SPRINGS, TEXAS, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 2, 2020. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, and Defendant the City of Balch Springs's motions to dismiss (ECF Nos. 278, 279, and 280) are DENIED.

**SO ORDERED,** this 20th day of July, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE

1