IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ODELL EDWARDS**, Individually and as Representative of the Estate of Jordan, Edwards, Deceased, **VIDAL ALLEN** and **KEVON EDWARDS**     Plaintiffs, | § § § § § § | |
| v. | § § § | CAUSE NO. 3:17-CV-01208-M |
| **SHAUNKEYIA KEYON STEPHENS, RHONDA WASHINGTON, MAXWELL EVERETTE MAXIMUS EVERETTE**     Intervenor Plaintiffs, | § § § § § § | CHIEF JUDGE BARBARA M. G. LYNN |
| v. | § § § | JURY DEMANDED |
| **ROY OLIVER AND THE CITY OF BALCH SPRINGS, TEXAS,**     Defendants. | § § § § | |

**<u>DEFENDANT'S, OFFICER ROY OLIVER, NOTICE OF APPEAL</u>**

TO THE HONORABLE CHIEF JUDGE BARBARA LYNN AND MAGISTRATE JUDGE REBECCA RUTHERFORD:

COMES NOW DEFENDANT, Officer Roy D. Oliver ("Officer Oliver"), and hereby gives notice pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure he intends to appeal and hereby does appeal to the United States Court of Appeals for the Fifth Federal Circuit from the Court's *Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge*[1] issued March 9, 2021 for not granting Officer Oliver's Qualified Immunity by denying his Motion For Summary Judgment[2] and Brief in Support[3].

---

[1] ECF No. 430.
[2] ECF No. 344.
[3] ECF No. 345.

Respectfully submitted,

THE LAW OFFICES OF
WILLIAM W. KRUEGER, III, PC

*/s/   Chris Bearden*
WILLIAM W. KRUEGER, III
State Bar No. 11740530
wkrueger@kruegerlaw.org
JAMES CHRISTOPHER BEARDEN
State Bar No. 24113609
cbearden@kruegerlaw.org
501 W. Lookout Dr.
Richardson, Texas 75080
214-253-2600 – Telephone
214-253-2626—Facsimile
ATTORNEYS FOR DEFENDANT
OFFICER ROY OLIVER

## CERTIFICATE OF SERVICE

I hereby certify that on April 08, 2021, the foregoing pleading was filed with the clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of documents by electronic means.

*/s/ Chris Bearden*
JAMES CHRISTOPHER BEARDEN