IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, Individually and as Representative of the Estate of Jordan, Edwards, Deceased, VIDAL ALLEN and KEVON EDWARDS<br>        Plaintiffs,<br><br>v.<br><br><br>SHAUNKEYIA KEYON STEPHENS, RHONDA WASHINGTON, MAXWELL EVERETTE MAXIMUS EVERETTE<br>     Intervenor Plaintiffs,<br><br>v.<br><br>ROY OLIVER AND THE CITY OF BALCH SPRINGS, TEXAS,<br>     Defendants. | §§§§§§§§§§§§§§§§§§§§§ | <br><br><br><br><br><br>CAUSE NO. 3:17-CV-01208-M<br><br>CHIEF JUDGE<br>BARBARA M. G. LYNN<br><br><br><br><br>JURY DEMANDED |

### DEFENDANT'S, OFFICER ROY OLIVER, NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW DEFENDANT, Officer Roy D. Oliver ("Officer Oliver"), in the above-styled and numbered cause, and submits his *Notice of Settlement*.

1. The litigating Parties previously mediated on two separate occasions. In the first instance, Officer Oliver was not party to any communications. In the second instance and with Former Judge Ferguson presiding, Oliver was excluded. Both efforts were unsuccessful and no settlement was reached.

2. Per Judge Ferguson's "Mediator's Proposal", settlement was eventually agreed with Vidal Allen ("VA"), and Kevon Edwards ("KE"); Intervenor Plaintiff, Shaunkeyia Keyon

Stephens ("Stephens"); Intervenor Plaintiffs, Rhonda Washington ("Washington"), Maximus Everette ("MmE") and Maxwell Everette ("MwE") settled with Officer Oliver and the City of Balch Springs ("Balch Springs").

3. Plaintiff Odell Edwards and the formally unrepresented Estate of Jordan Edwards did not settle their claims against Officer Oliver and Balch Springs. Those proceedings continue in the United States Appellate Court—Fifth Circuit.

Respectfully submitted,

**THE LAW OFFICES OF
WILLIAM W. KRUEGER, III, PC**

*/s/ William W. Krueger, III*
**WILLIAM W. KRUEGER, III**
State Bar No. 11740530
wkrueger@kruegerlaw.org
**JAMES CHRISTOPHER BEARDEN**
State Bar No. 24113609
cbearden@kruegerlaw.org
**GRANT HUGH BRENNA**
State Bar No. 00789170
gbrenna@kruegeralaw.org
501 W. Lookout Dr.
Richardson, Texas 75080
214-253-2600 – Telephone
214-253-2626—Facsimile
**ATTORNEYS FOR DEFENDANT
OFFICER ROY OLIVER**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all attorneys of record in this cause of action in accordance with Federal Rules of Civil Procedure this 31st day of August, 2021.

                                        */s/William W. Krueger, III*  
                                        **WILLIAM W. KRUEGER, III**