IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, *et. al.,* § | | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Cause No. 3:17-CV-01208-M |
| | § | |
| ROY OLIVER, *et. al.*, | § | |
| Defendants. | § | |

## ORDER APPROVING SETTLEMENT

The Court has been apprised that a partial settlement has been reached in the above matter. *See* ECF Nos. 459, 460. The Court is further apprised that Plaintiffs Vidal Allen and Kevon Edwards and Intervenor/Plaintiffs Maxwell Everette and Maximus Everette have all reached the age of majority, are fully competent to enter into settlement in this matter, and all have been represented by counsel throughout these proceedings. *Id*. Under the terms of the settlement, Plaintiffs Vidal Allen and Kevon Edwards and Intervenor/Plaintiffs Maxwell Everette, Maximus Everette and Shaunkeyia Keyon Stephens have agreed to dismiss all claims against Defendants the City of Balch Springs and Roy Oliver (the "Settling Parties") in return for monetary payments.[1] *Id.* The settlement was approved by the City Council for the City of Balch Springs, *see id.* at 2, n.6, and the Board of Directors for the Texas Municipal League Intergovernmental Risk Pool. Thereafter, Intervenor/Plaintiffs Maxwell Everette, Maximus Everette and Shaunkeyia Keyon Stephens filed Stipulations of Dismissal pursuant to F.R.C.P. 41. *See* ECF Nos. 461, 462, 463. Plaintiffs Vidal Allen and Kevon Edwards have represented that they will file Stipulations of Dismissal pursuant to F.R.C.P. 41 in the near future. *See* ECF No. 460 at 2. Accordingly, the Court APPROVES the settlement reached by the Settling Parties

---

[1] Plaintiff Odell Edwards and the Estate of Jordan Edwards are not parties to the settlement and no claims by them have been resolved thereby. *See* ECF Nos. 459 at 1, n.2; ECF No. 460 at 1, n. 3

and ORDERS Plaintiffs Vidal Allen and Kevon Edwards to file their Stipulations of Dismissal no later than **November 30, 2021**.

    SO ORDERED.

    November 24, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE