IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, Individually and as Representative of the Estate of Jordan Edwards, Deceased,<br>　　　　Plaintiff,<br><br>v.<br><br>ROY OLIVER and THE CITY OF BALCH SPRINGS, TEXAS,<br>　　　　Defendants. | §§§§§§§§§§§ | No. 3:17-cv-01208-M-BT |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated November 24, 2021. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED,** this 14th day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1