IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, Individually and as Representative of the Estate of Jordan Edwards, Deceased,<br>     Plaintiff,<br><br>v.<br><br>ROY OLIVER and THE CITY OF BALCH SPRINGS, TEXAS,<br>     Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:17-cv-01208-M-BT |

## **PARTIAL JUDGMENT**

The Court has entered an Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is ORDERED, ADJUDGED, and DECREED that the City of Balch Springs's Motion for Summary Judgment (ECF No. 396) is GRANTED and Plaintiff's claims against the City of Balch Springs are dismissed with prejudice.

**SO ORDERED,** this 14th day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1