IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:17-cv-01208-M-BT |
| ROY OLIVER, | § § § | |
| Defendant. | § § § | |

## ORDER

On March 13, 2023, the Court held a pretrial conference. The Court heard argument on Plaintiff's Motions in *Limine* (ECF No. 531) and Defendant's Motions in *Limine* (ECF No. 527).

For the reasons stated on the record, the Court GRANTS IN PART and DENIES IN PART Plaintiff's Motions in *Limine* as follows:

1. The Court GRANTS Motion No. 2 as it relates to drugs and gambling, but DENIES No. 2 as it relates to alcohol.

2. The Court GRANTS Motion No. 3 to the extent the vehicle is referred to as "suspect." However, if Defendant testifies, he is permitted to say that he suspected something was going on with the vehicle. Plaintiff is permitted to use Defendant's criminal trial testimony for impeachment purposes.

3. The Court DENIES Motion No. 4. However, Plaintiff is permitted to use Defendant's criminal trial testimony for impeachment purposes.

4. The Court GRANTS Motion No. 8 as to the first phase of trial, but DENIES Motion No. 8 as to any second phase of trial.

5. The Court GRANTS Motion No. 10, except to the extent the Court overruled objections to designated experts.

6. The Court GRANTS Motion Nos. 1, 5, 6, 7, and 9.

For the reasons stated on the record, the Court rules on Defendant's Motions in *Limine* as follows:

1. The Court GRANTS as unopposed Motion Nos. 3, 4, 5, 6, and 7.

2. The Court DENIES Motion Nos. 1, 2, 8, 9, and 10.

**SO ORDERED**.

March 24, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE