IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ODELL EDWARDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-01208-M-BT |
| | § | |
| ROY OLIVER, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**AMENDED ORDER**

Reginald Mickens, Sr. must make himself available to testify at the trial of this case, beginning on March 29, 2023, at 8:30 a.m. in Courtroom 1570, Earle Cabell Federal Building, 1100 Commerce St., Dallas, Texas.

The United States Marshals Service shall serve this Order on Mr. Mickens at the following address: 4633 Chaha Rd., Apt. 343, Garland, Texas 75043. The Court will also send this Order via text message to 469-420-8680.

**SO ORDERED**.

March 28, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE